UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Martha Sutton, individually and as personal representative of Roger Sutton, deceased,

Plaintiff,

vs.

JANSSEN PHARMACEUTICA, INC., A New Jersey corporation, JOHNSON & JOHNSON COMPANY, a New Jersey company, JOHN DOES 1-5, real names unknown.

Defendants.

Civil Action No. 01-916 ADM/SRN

**STIPULATION AND ORDER OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for Defendants Johnson & Johnson Company and Janssen Pharmaceutica, Inc. to answer or otherwise plead in response to the Complaint in the above-entitled action is hereby extended until the Conditional Transfer Order to MDL-1355 becomes final and until the responsive pleading deadline is established by the MDL court as directed under the MDL Pretrial Order No. 1. This Stipulation and Order is without

FILED JUN 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

prejudice to further negotiations and/or further applications to the Court regarding an additional extension of time to answer or otherwise plead in response to the Complaint.

**ROBINSON CALCAGNIE & ROBINSON**

Gale D. Pearson, #244673
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN 55415
(612) 332-0351

Attorney for Plaintiff

**FAEGRE & BENSON LLP**

Joseph M. Price, ## 88201
Sonia Miller-Van Oort, #278087
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 336-3000

Attorneys for Defendants
Johnson & Johnson Company
and Janssen Pharmaceutica, Inc

SO ORDERED:

The Honorable Susan Richard Nelson
United States Magistrate Judge

M2:20389851.01